UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

                                     Civil No. 4:24-cv-12795

v.                                Honorable F. Kay Behm

SAWED OFF SHOTGUN SN:
C1429712 MODEL SB, (25-FBI-
000414);

CBC (ROSSI) MODEL RS22
semi-auto .22 CAL RIFLE
SN: 7CA213982P (24-FBI-006296),

        Defendants *in Rem*.

_____

### Default Judgment and Final Order of Forfeiture

_____

This matter came before the Court on Plaintiff United States of America's

("United States") Motion for Entry of Default Judgment Against all Interested

Parties and Final Order of Forfeiture of the Defendants *in rem*. The Court has

reviewed the Motion and the record in this case and being fully aware of the issues,

Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default

Judgment Against All Interested Parties and Final Order of Forfeiture of the

Defendant *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of

the United States.

**IT IS FURTHER ORDERED** that the Defendants *in rem,* which consist of the following: SAWED OFF SHOTGUN SN: C1429712 MODEL SB, (25-FBI-000414) and CBC (ROSSI) MODEL RS22 semi-auto .22 CAL RIFLE SN: 7CA213982P (24-FBI-006296) is **FORFEITED** to the United States under 18 U.S.C. § 924(d) and a Final Order of Forfeiture as to the Defendants *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendants *in rem*, is forever **EXTINGUISHED** and clear title to the Defendants *in rem* is **VESTED** in the United States.

The Federal Bureau of Investigation, or its designee, is **AUTHORIZED** to dispose of the Defendants *in rem* according to law.

**SO ORDERED.**

Dated: July 15, 2026                                 s/F. Kay Behm
                                                              F. Kay Behm
                                                              United States District Judge